# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| EDDIE DEWAYNE CARRINGER, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 2:12-cv-00026-MR and 2:00-cr-00018-MR-2 (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 6, 2013 Order.

March 6, 2013

Frank G. Johns, Clerk
United States District Court