# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# Civil Case No. 2:12-cv-00026-MR
# [Criminal Case No. 2:00-cr-00018-MR-2]

| | |
|---|---|
| EDDIE DEWAYNE CARRINGER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion for Hearing on Pleadings [Doc. 7]. In his motion, Petitioner moves the Court to enter an order requiring the Government to file a response to his Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255.

On March 6, 2013, the Court entered an Order denying and dismissing Petitioner's Section 2255 motion after concluding that the motion was an unauthorized, successive petition. [Doc. 5]. As the Court has already ruled on Petitioner's Section 2255 motion, his present motion is moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Hearing on Pleadings [Doc. 7] is **DENIED** as moot.

**IT IS SO ORDERED.**

Signed: March 12, 2013

Martin Reidinger
United States District Judge